Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

District of Nebraska

FILED
DISTRICT COURT
DISTRICT OF NEBRASKA

2006 FEB 22 PM 3: 46

OFFICE OF THE CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | James McCracken | **Docket Number:** 4:88CR-07 & 4:88CR-19 |
| **Sentencing Judge:** | The Honorable Warren K. Urbom<br>United States Senior District Judge | |
| **Date of Original Sentence:** | August 18, 1988 | |
| **Original Offense:** | Bank Robbery By Force or Violence 18 USC 2113 (a) and (d) | |
| **Original Sentence:** | 240 months custody; five years TSR | |
| **Type of Supervision:** | Supervised Release | |
| **Date Supervision Commences:** | March 15, 2006 | |

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

McCRACKEN, James
Modification of Conditions of Supervision
February 17, 2006

## CAUSE

Mr. McCracken has been confined since 1988 and has not availed himself the opportunity for transitional services through the Bureau of Prisons. He has requested assistance for shelter and services once released to supervised release.

Respectfully submitted,

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervising
U.S. Probation Officer

THE COURT ORDERS

____ No Action

____ The Extension of Supervision as noted above

✓ The Modification of Conditions as noted above

____ Other

The Honorable Warren K. Urbom
U.S. Senior District Judge

February 22, 2006
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional condition:

The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11).

Witness: _[signature]_

Title: _____

Signed: _[signature]_
James McCracken

Date: 1/12/06

[signature] 1/19/06

TOTAL P.05