IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:88CR19 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES D. MCCRACKEN, | ) | ORDER ON EX PARTE MOTION TO |
| | ) | CHECK-OUT COURT FILE |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Ex Parte Motion to Check-Out Court File, filing 34, is granted. The file shall be returned to the Clerk of the U.S. District Court for the District of Nebraska no later than five days after receipt of said file.

    Dated September 11, 2006.

                      BY THE COURT

                       s/ Warren K. Urbom
                       United States Senior District Judge