**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

**UNITED STATES OF AMERICA**
        **Plaintiff**

v.                                          Case Number 4:88cr19
                                            USM Number 12583-047

**JAMES MCCRACKEN**
        **Defendant**
                                            **JEFFREY L. THOMAS**
                                            **Defendant's Attorney**

_____

**JUDGMENT IN A CRIMINAL CASE**
**(For Revocation of Probation or Supervised Release)**

**THE DEFENDANT** admitted guilt to allegation number 1 of the Modified Condition and allegation number 2 of Standard Condition #1 of the Petition for Offender Under Supervision (filing 33).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 (Modified Condition) | The defendant shall enter and participate in a community confinement program, in the community correction's component with work release for a period of 120 days or until discharged by the United States Probation Office pursuant to 18 U.S.S.G. 3563(b)(11) | March 17, 2006 |
| 2 (Standard Condition #1) | The defendant shall not commit another Federal, state, or local crime | March 17, 2006 |

**Original Offense:** Count I of the Indictment: Bank Robbery by Force or Violence in violation of 18 U.S.C. 2113(a).

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

                                                          Date of Imposition of Sentence:
                                                                       October 2, 2006
                                                s/              Warren K. Urbom
                                                United States Senior District Judge
                                                            October 10, 2006

**IMPRISONMENT**

It is ordered that the defendant's supervised release is revoked.  The defendant is hereby committed to the custody of the United States  Bureau of Prisons to be imprisoned for a term of twenty (20) months.  This sentence is to be served consecutively to the term of imprisonment of twenty (20) months imposed in Case No. 4:88CR07 on October 2, 2006, and <u>before</u> the term of imprisonment of one hundred fifty-one (151) months imposed in Case No. 8:06CR137-001 on October 2, 2006.

The defendant is remanded to the custody of the United States Marshal.

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 2006.

_____

Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the
_____ day of _____, 2006 to _____
_____with a certified copy of this judgment.

_____

United States Warden

By _____

**Note:  The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 2006.

_____

UNITED STATES WARDEN

By_____

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth below.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $50.00 | $ | $ |

    (Paid in full - $25.00 on 12/16/92 and $25.00 on 3/17/93)

If applicable, restitution amount ordered
pursuant to plea agreement. . . . . . . . . . . . . . .  $

**SCHEDULE OF PAYMENTS**

    Payments shall be applied in the following order:  (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

    Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   (X)   in full immediately; or
B   ( )   $_____ immediately, balance due (in accordance with C, D, or E); or
C   ( )   not later than _____; or
D   ( )   in installments to commence _____ day(s) after the date of this judgment.  In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or
E   ( )   in _____ (e.g. equal, weekly, monthly, quarterly) installments of $_____ over a period of _____ year(s) to commence _____ day(s) after the date of this judgment.

    **The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.**

    All financial penalty payments are to be made to the Clerk of the U. S. District Court, P.O. Box 83468, Lincoln, NE  68501-3468.

**Special instructions regarding the payment of criminal monetary penalties:**

( )   The defendant shall pay the cost of prosecution.

( )   The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk